IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEREK ARTHUR TABBERT,

    Plaintiff,                                   JUDGMENT IN A CIVIL CASE

v.                                               Case No. 14-cv-662-jdp

MS. GIEBEL, MR. POLLARD,
MR. MUENCHOW and MR. STRAHOTA,

    Defendants.

---

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

    /s/                                                              9/30/2015

Peter Oppeneer, Clerk of Court                        Date